```
LARS T. FULLER (No. 141270)
SAM THAERIAN (No. 170953)
THE FULLER LAW FIRM
60 No. Keeble Ave.
SAN JOSE, CA 95126
Tel:(408)295-5595
Fax:(408)295-9852

Attorney for Plaintiff
HONG VONG
```

U.S. BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Case No.: 09-54180-ASW |
| HONG VONG, | Adv. No.: 09-05284-ASW |
| Debtor(s) | CHAPTER 13 |
| | **REQUEST FOR DISMISSAL OF ADVERSARY COMPLAINT** |
| HONG VONG, | |
| Plaintiff(s), | |
| vs. | |
| WASHINGTON MUTUAL and JP MORGAN CHASE BANK, | |
| Defendant(s) | |

The adversary matter having been satisfied, and the attorney's fees settled prior to the necessity of an appearance on the part of the defendant, now therefore Hong Vong

Debtor/Plaintiff in the above-captioned matter requests that the court dismiss the instant adversary proceeding, with prejudice.

January 10, 2010

THE FULLER LAW FIRM


By:*/s/Sam Taherian*
Sam Taherian
Attorneys for Plaintiff/Debtor