LARS T. FULLER (No. 141270)
SAM THAERIAN (No. 170953)
THE FULLER LAW FIRM
60 No. Keeble Ave.
SAN JOSE, CA 95126
Tel:(408)295-5595
Fax:(408)295-9852

**IT IS SO ORDERED.**
**Signed January 27, 2010**

*signature*

**Arthur S. Weissbrodt**
**U.S. Bankruptcy Judge**

Attorney for Plaintiff
HONG VONG

# U.S. BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Case No.: 09-54180-ASW |
| HONG VONG, | Adv. No.: 09-05284-ASW |
| Debtor(s) | CHAPTER 13 |
| | **ORDER OF DISMISSAL OF ADVERSARY COMPLAINT** |
| HONG VONG, | |
| Plaintiff(s), | |
| vs. | |
| WASHINGTON MUTUAL and JP MORGAN CHASE BANK, | |
| Defendant(s) | |

The adversary matter having been satisfied,

and the attorney's fees settled prior to the necessity of an appearance on the part of the defendant,

defendants not having made an appearance, and

Hong Vong Debtor/Plaintiff having requested dismissal of the instant adversary proceeding with prejudice,

NOW THEREFORE, it is ordered that the instant adversary proceeding is dismissed with prejudice.

*** END OF ORDER ***

COURT SERVICE LIST

U.S. Trustee
280 South First Street, Suite 268
San Jose, CA 95113

Devin Derham-Burk
Chapter 13 Trustee
PO Box 50013
San Jose, CA 95150-0013

Debtor's Attorney
Lars T. Fuller, Esq.
The Fuller Law Firm
60 North Keeble Avenue
San Jose, CA 95126

Washington Mutual
PO Box 78065
Phoenix, AZ 85062-8065

JP Morgan Chase Bank, N.A.
P.O. Box 24603
Columbus, OH 43219

Chase Home Equity Loan Servicing
P.O. Box 24714
Columbus, OH 43224

JP Morgan Chase Bank, N.A.
c/o CT Corporation Service
Agent for Service of Process
818 West Seventh Street
Los Angeles, CA 90017

Chase Cardmember Service
P.O. Box 94014
Palatine, IL 60094-4014

Washington Mutual Bank
Mail Stop JAXA2035
7255 Baymeadows Way
Jacksonville, FL 32256

| | |
|---|---|
| 1 | JP Morgan Chase Bank, N.A. |
| | c/o Elaine S. McAnelly |
| 2 | 712 Main Street, 4th Floor North |
| | Houston, TX 77002 |
| 3 | |
| 4 | JP Morgan Chase Bank |
| | c/o James Dimon |
| 5 | Chairman & Chief Executive Officer |
| | 270 Park Avenue |
| 6 | New York, NY 10017-2070 |


```
JP Morgan Chase Bank, N.A.
c/o Elaine S. McAnelly
712 Main Street, 4th Floor North
Houston, TX 77002

JP Morgan Chase Bank
c/o James Dimon
Chairman & Chief Executive Officer
270 Park Avenue
New York, NY 10017-2070

Chase Cardmember Service
c/o Marge Hannun
Senior Risk Director
P.O. Box 15298
Wilmington, DE 19850-5298

JP Morgan Chase Bank, N.A.
c/o Vinnie Longhitano
Vice President
111 Polaris Parkway
Columbus, OH 43240

JP Morgan Chase Bank, N.A.
c/o Mark I. Kleinman
Senior Vice President
270 Park Avenue
New York, NY 10017-2070
```